# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Artemio Alvarado Jr.
YOB: 1998      *Principal*      United States

## CRIMINAL COMPLAINT

Case Number:

M-19-2671-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 29, 2019** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Rong Zhang, a citizen of China, along with eleven (11) other undocumented aliens, for a total of twelve (12), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempted to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation, to-wit: a residence located at Mission, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)**      **FELONY**

I further state that I am a(n) **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On October 28, 2019, Border Patrol Agents received information regarding a residence, possibly being used to harbor undocumented aliens, located at 6406 Charro Street in Mission, Texas.

On October 29, 2019, Border Patrol Agents, along with Hidalgo County Deputies, approached the residence, knocked on the front door, and identified themselves as law enforcement. Shortly after, agents heard a male, who was later identified as Artemio Alvarado Jr. a United States Citizen, state from inside the residence that he was giving up and that he was unarmed. Agents asked Alvarado who else was inside, to which Alvarado responded that he had twelve (12) illegal aliens inside. Immediately after, Alvarado exited the rear of the residence and stated that he was currently harboring twelve (12) illegal aliens from China. Agents advised Alvarado of his Miranda Rights and requested consent to search the residence. Alvarado provided agents with verbal and written consent to search the residence.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:      [X] Yes   [ ] No

Approved AUSA S← Tsutt 10/31/19

Signature of Complainant

Jon M. Chan          Border Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

October 31, 2019 - 8:14 a.m.      at   McAllen, Texas
Date                                     City and State

Juan F. Alanis          , U. S. Magistrate Judge
Name and Title of Judicial Officer        Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-19- 2671-M

RE: Artemio Alvarado Jr.

**CONTINUATION:**

Agents and deputies entered the residence and located twelve (12) people throughout the residence. Agents determined that all twelve (12) subjects were illegally present in the United States.

The subjects were placed under arrest and transported to the Rio Grande Valley Centralized Processing Center for processing.

**PRINCIPAL STATEMENT:**

Artemio Alvarado Jr. was advised of his Miranda Rights, stated he understood his Rights, and agreed to provide a sworn statement.

Alvarado claimed he would pick up illegal aliens at a restaurant in Mission, Texas. Alvarado stated he was going to receive $50 for each person he harbored. Alvarado further stated that the illegal aliens would also be dropped off to his house. Alvarado claimed he would receive a call to determine when the aliens were going to leave his house.

**MATERIAL WITNESS STATEMENT:**

Rong Zhang was read her Miranda Rights, she stated she understood her Rights, and agreed to provide a sworn statement.

Zhang, a citizen of China, claimed her family made her smuggling arrangements and paid $17,000. After crossing the river, Zhang was picked up and transported to the house where she was eventually arrested in. Zhang claimed she spent ten (10) days at the house and stated a male subject was living there. Zhang stated the male subject showed her where to shower.

Zhang identified Alvarado, through a photo lineup, as the male subject that lived at the house.