**THE STATE OF TEXAS** )
                     )     M-19-**2671**-M
**COUNTY OF Hidalgo** )

Before me, the undersigned authority, on this day personally appeared **Jon M. Chan** known to be the person whose name is subscribed here to, and being by me first duly sworn, upon oath deposes and says: "I am a **Border Patrol Agent** stationed at **Mcallen, Texas** and I investigated the case of the United States of America versus

**Artemio Alvarado Jr.**                    1998    United States

and from my investigation, it appears that:

**Rong Zhang**                              1976    China

citizen and national of **China** is a material witnesses in said cause that it may be impractical to secure her presence by subpoena and for that reason she should be held as a material witness."

FURTHER AFFIANT SAYETH NOT.

**Jon M. Chan**
**Border Patrol Agent**

SUBSCRIBED AND SWORN TO BEFORE ME on this   **October 31, 2019**

**Juan F. Alanis**
**U.S. Magistrate Judge**